1
2
3
4
5
6
7
8
9          UNITED STATES DISTRICT COURT
      FOR THE WESTERN DISTRICT OF WASHINGTON
10                    AT SEATTLE

11  DUC VAN NGUYEN, A/K/A KEVIN          NO. C10-0415 MJP
    DUONG, an individual,
12                                       **ORDER GRANTING THE
              Plaintiff,                 BOEING COMPANY'S MOTION
13                                       TO COMPEL**

       v.
14
    THE BOEING COMPANY,
15
              Defendant.
16

17          THIS MATTER came before the Court on The Boeing Company's Motion To

18  Compel Plaintiff to produce his Initial Disclosures.  The Court having fully

19  considered all of the materials filed in support of and in opposition to the Motion,

20  and the evidence offered in support of and in opposition to the Motion

21          IT IS HEREBY ORDERED:

22          \\

23          \\

24          \\

25          \\

26          \\

ORDER GRANTING MOTION TO COMPEL (10-
0415) - 1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Defendant is awarded reasonable costs and attorney fees in the amount of $815.50 incurred as the result of Plaintiff's failure to produce his Initial Disclosures in accordance with the Court's scheduling order.  Plaintiff is ordered to reimburse Defendant for these fees no later than ten (10) days from the date of this Order. The Clerk shall transmit a copy of this Order to all counsel of record.

DATED this 9th day of September, 2010.

Marsha J. Pechman
United States District Judge

PRESENTED BY:

Riddell Williams P.S.

By   s/ Laurence A. Shapero
        Robert M. Howie, WSBA #23092
        Laurence A. Shapero, WSBA #31301
        Rebecca L. Andrews, WSBA #36035
        Of Attorneys for Defendant The Boeing Company

ORDER GRANTING MOTION TO COMPEL (10-0415) - 2